IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MAXUM INDEMNITY COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07 C 1821 |
| | ) | |
| ARGO ROOFING COMPANY, INC. an Illinois corp., HOMEWERKS DEVELOPMENT CO., an Illinois corp., and THE BOARD OF MANAGERS OF THE PARK ELM CONDOMINIUM ASSOCIATION, an Illinois corp., | ) ) ) ) ) ) ) | Judge Lindberg<br><br>Magistrate Judge Valdez |
| Defendants. | ) | |

## **NOTICE OF FILING**

PLEASE TAKE NOTICE that on the 25th day of October, 2007 there was electronically filed with the United States District Court for the Northern District of Illinois, Eastern Division, **Plaintiff's Supplemental Rule 55 Motion for Judgment**, a copy of which is attached hereto.

TRESSLER, SODERSTROM, MALONEY & PRIESS, LLP

By:　/s/ Daniel J. Cunningham

Daniel J. Cunningham
Michael J. Morrison
Tressler, Soderstrom, Maloney & Priess, LLP
Attorneys for Plaintiff
233 South Wacker Drive
Sears Tower, 22nd Floor
Chicago, IL 60606-6399
(312) 627-4000
(312) 627-1717 (fax)